## FULTZ *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 94, September Term, 1964.]

*Decided February 8, 1965.*

Before HAMMOND, HORNEY, MARBURY, SYBERT and OPPEN-HEIMER, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Shure in the court below.

*Application denied.*